AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

``                              DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
                    Plaintiff,                    **APPEARANCE**

            v.

FELIX NOE GONZALES,                    Case Number:    08MJ0997
                    Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    FELIX NOE GONZALES

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ JOSEPH McMULLEN |
| 4/8/2008 | |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City          State          Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number                    Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 8, 2008

_____/s/  Joseph McMullen_____
JOSEPH McMULLEN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Joseph_McMullen@fd.org